**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

**FOURTH DIVISION**

RONALD RICHARD JOHNSON and
DEE LUNDBERG JOHNSON,

Case No. 00-CV-1281 (DWF/AJB)

Plaintiffs,

vs.

CITY OF SHOREWOOD; and its Mayor in his official capacity, WOODY LOVE or his successor; CITY OF MINNETONKA; and its Mayor in her official capacity, KAREN ANDERSON or her successor; RILEY-PURGATORY-BLUFF CREEK WATERSHED DISTRICT; and the Chair of its Board of Managers in his official capacity, CONRAD FISKNESS or his successor; TRIVESCO, a partnership; and its partners ROBERT H. MASON, INC., a corporation; HIGHLAND PROPERTIES, INC., a corporation; and STEINER AND KOPPELMAN, INC., a corporation; HIGHLAND VILLA BUILDERS INC., a corporation; the UNITED STATES; the CORPS OF ENGINEERS OF THE UNITED STATES; the Secretary of the United States Army in his/her official capacity, HONORABLE LOUIS CALDERA or his successor; and the Commander-in-Chief of the Corps of Engineers of the United States in his/her official capacity, LT. GENERAL JOSEPH N. BALLARD or his successor,

**STIPULATION AND ORDER**

Defendants.

---

The undersigned attorneys for Plaintiffs and for Defendants Trivesco, Robert H. Mason, Inc., Highland Properties, Inc., Steiner & Koppelman, Inc., and Highland Villa Builders, Inc., hereby



FILED JUL 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

stipulate and agree that the time for said Defendants to answer Plaintiffs' Complaint and First Amended and Supplemented Complaint in this proceeding is extended to September 3, 2000.

Dated: June 28, 2000

MILLER, STEINER & CURTISS, P.A.

Jeremy S. Steiner, Attorney No. 12235X
Attorney for Trivesco, Robert H. Mason, Inc. and Steiner & Koppelman, Inc.
400 Norwest Bank Building
1011 First Street South
Hopkins, MN 55343
(612) 938-7635/Fax: 938-7670

Dated: July 6, 2000

MOHRMAN & KAARDAL, P.A.

Erick G. Kaardal, Attorney No. 229647
Attorney for Plaintiffs
600 West 78th Street, Suite 230
P. O. Box 154
Chanhassen, MN 55317
(612) 906-1915/Fax: 934-3561

Dated: July 10, 2000

FELHABER, LARSON, FENLON & VOGT, P.A.

Christopher S. Hayhoe, Attorney No. 42845
Attorney for Highland Properties, Inc. and Highland Villa Builders Inc.
601 Second Avenue South
Minneapolis, MN 55402-4303
(612) 339-6321/Fax: 338-4608

**ORDER**

Pursuant to the attached Stipulation, it is hereby ordered that the time for Defendants Trivesco, Robert H. Mason, Inc., Highland Properties, Inc., Steiner & Koppelman, Inc. and Highland Villa Builders, Inc. to answer Plaintiff's Complaint and First Amended and Supplemented Complaint in this proceeding is extended to September 3, 2000.

Dated: July 11, 2000

Susan Richard Nelson
United States Magistrate Judge