UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

FOURTH DIVISION

RONALD RICHARD JOHNSON; and DEE LUNDBERG JOHNSON,

Plaintiff,

vs.

CITY OF SHOREWOOD; and its Mayor in his official capacity, WOODY LOVE or his successor; CITY OF MINNETONKA; and its Mayor in her official capacity, KAREN ANDERSON or her successor; RILEY-PURGATORY-BLUFF CREEK WATERSHED DISTRICT; and the Chair of its Board of Managers in his official capacity, CONRAD FISKNESS or his successor; TRIVESCO, a partnership; and its partners ROBERT H. MASON, INC., a corporation; HIGHLAND PROPERTIES, INC., a corporation; and STEINER AND KOPPELMAN, INC., a corporation; HIGHLAND VILLA BUILDERS INC., a corporation; the UNITED STATES; the CORPS OF ENGINEERS OF THE UNITED STATES; the Secretary of the United States Army in his/her official capacity, HONORABLE LOUIS CALDERA or his successor; and the Commander-in-Chief of the Corps of Engineers of the United States in his/her official capacity, LT. GENERAL JOSEPH N. BALLARD or his successor,

Defendants.

Case No. 00-CV-1281 (DWF/SRN)

**STIPULATION AND ORDER RE: SECOND AMENDED, SUPPLEMENTED AND VERIFIED COMPLAINT**

FILED AUG 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The undersigned attorneys for the above-referenced Plaintiffs and Defendants hereby agree and stipulate that:

1. Plaintiffs' motion to file and serve the June 22, 2000 Second Amended, Supplemented and Verified Complaint ought to be granted.

2. Plaintiffs' filing and service of the June 22, 2000 Second Amended, Supplemented and Verified Complaint on the above-referenced Defendants has been previously completed and perfected.

3. Defendants shall file and serve its answer (or another appropriate response) to the June 22, 2000 Second Amended, Supplemented and Verified Complaint, if the Defendant has not already, on or before September 5, 2000.

4. This stipulation may be signed in counterparts and a faxed copy of a signature page shall be deemed to have the same effect as the original.

Dated: 8-11-2000 ~~2000~~

Erick G. Kaardal, Attorney No. 229647
Mohrman & Kaardal, P.A.
600 West 78th Street
Suite 10
P.O. Box 154
Chanhassen MN 55317
*Attorneys for Plaintiffs*

Dated: August 11, 2000

[signature] for (269202)

Name: Robert W. Kettering, Jr(#01003545)
Firm: Arthur Chapman Kettering Smetak & Pikala
Address: 500 Young Quinlan Building
80 South 9th Street
Minneapolis MN 55402
(612) 339-3500

*Attorneys for Defendant(s):* Steiner & Koppelman, Inc.

Dated: August 11, 2000

MILLER, STEINER & CURTISS, P.A.

[signature]

Name: Jeremy S. Steiner #12235X
Firm:
Address: 1011 First Street South, Suite 400
Hopkins, MN 55343
(952) 938-7635
(952) 938-7670 FAX

*Attorneys for Defendant(s):* Steiner & Koppelman, Inc., Robert H. Mason, Inc., and Trivesco

Dated: August 11, 2000

Name: Christopher S. Hayhoe
Firm: Felhaber, Larson, Fenlon & Vogt,.
Address: 4200 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402
(612) 373-8505

*Attorneys for Defendant(s):*
Highland Properties, Inc. and
Highland Villa Builders, Inc.

Dated: 8-11-, 2000

Patricia R Clangen
Name:
Firm:
Address:

*Attorneys for Defendant(s):* Federal Defendants

AUG-11-2000 09:24 CHANHASSEN SECRETARIAL 6129343561 P.05/06

Dated: August 11, 2000

Name: Louis A. Haik (225010)
Firm: Krebsbach + Haik, Ltd
Address: 701 Fourth Ave. S.
Suite 500
Minneapolis, MN 55415
(612) 333-8200

*Attorneys for Defendant(s):* Conrad Fiskness + Riley Purgatory Bluff Creek Watershed District

Dated: Aug. 11, 2000

Kimberly B. Kozar

Name: Kimberly B. Kozar
Firm: Hoff, Barry + Kuderer, P.A.
Address: 7901 Flying Cloud Drive
Suite 260
Eden Prairie, MN 55344

*Attorneys for Defendant(s):*

DATED: August 11, 2000

JARDINE, LOGAN & O'BRIEN, P.L.L.P.

By: ______________________
JAMES G. GOLEMBECK (A.R.# 179620)
Attorney for Defendants City of Minnetonka
and its Mayor, Karen Anderson
2100 Piper Jaffray Plaza
444 Cedar Street
St. Paul, Minnesota 55101-2160
(651) 290-6567

**ORDER**

Based on all the facts and records of this case, the Defendants having no opposition to Plaintiffs' Motion to Amend the First Amended Complaint,

It is hereby ORDERED that:

1. Plaintiffs' motion to file and serve the June 22, 2000 Second Amended, Supplemented and Verified Complaint is hereby granted.

2. Plaintiffs' filing and service of the June 22, 2000 Second Amended, Supplemented and Verified Complaint on the above-referenced Defendants has been previously completed and perfected.

3. Defendants shall file and serve their answers (or another appropriate response) to the June 22, 2000 Second Amended, Supplemented and Verified Complaint, if the Defendant has not already, on or before September 5, 2000.

Dated: August 14, 2000

Susan Richard Nelson

Hon. Susan Richard Nelson
U.S. District Court Magistrate Judge