UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RONALD JOHNSON; and
DEE LUNDBERG, JOHNSON,

Plaintiffs,

v.

City of Shorewood; and its Mayor in his official capacity, WOODY LOVE, or his successor; CITY OF MINNETONKA; and its Mayor in her official capacity, KAREN ANDERSON or her successor; RILEY-PURGATORY-BLUFF CREEK WATERSHED DISTRICT; and the Chair of its Board of Managers in his official capacity; CONRAD FISKNESS, or his successor; TRIVESCO, a partnership; and its partners ROBERT H. MASON, INC., a corporation; HIGHLAND PROPERTIES, INC., a corporation; and STEINER AND KOPPELMAN, INC., a corporation; HIGHLAND VILLA BUILDERS INC., a corporation; the UNITED STATES; the CORPS OF ENGINEERS OF THE UNITED STATES; the Secretary of the United States Army in his/her official capacity, HONORABLE LOUIS CALDERA or his successor; and the Commander-in-Chief of the Corps of Engineers of the United States in his/her official capacity, LT. GENERAL JOSEPH N. BALLARD or his successor,

Defendants.

Civil No.00-1281 DWF/SRN

**PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

OCT 17 2000
FILED__________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by September 4, 2001.**

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed as follows:

    1. By Plaintiff(s) on or before October 20, 2000.

    2. By Defendant(s) on or before October 23, 2000.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

    a. By Plaintiff(s) on or before April 16, 2001.

    b. By Defendant(s) on or before May 15, 2001.

4. Full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

    1. By Plaintiff(s) on or before June 15, 2001.

    2. By Defendant(s) on or before July 16, 2001.

5. No more than 25 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

6. No more than 9 depositions of the public defendants and 6 depositions of the private defendants, excluding expert witness depositions, shall be taken. Each party shall take no more than 5 expert depositions.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by January 2, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by September 17, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and heard by December 3, 2001. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Lowell Lindquist, 651-848-1296.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial on February 1, 2001, or upon resolution of any pending dispositive motions. Anticipated length of trial is 13 days.

Dated: October 17, 2000.

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge