**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

**FOURTH DIVISION**

RONALD RICHARD JOHNSON; and DEE LUNDBERG JOHNSON,

Plaintiffs,

vs.

CITY OF SHOREWOOD; and its Mayor in his official capacity, WOODY LOVE or his successor; CITY OF MINNETONKA; and its Mayor in her official capacity, KAREN ANDERSON or her successor; RILEY-PURGATORY-BLUFF CREEK WATERSHED DISTRICT; and the Chair of its Board of Managers in his official capacity, CONRAD FISKNESS or his successor; TRIVESCO, a partnership; and its partners ROBERT H. MASON, INC., a corporation; HIGHLAND PROPERTIES, INC., a corporation; and STEINER AND KOPPELMAN, INC., a corporation; HIGHLAND VILLA BUILDERS INC., a corporation; the UNITED STATES; the CORPS OF ENGINEERS OF THE UNITED STATES; the Secretary of the United States Army in his/her official capacity, HONORABLE LOUIS CALDERA or his successor; and the Commander-in-Chief of the Corps of Engineers of the United States in his/her official capacity, LT. GENERAL JOSEPH N. BALLARD or his successor,

Defendants.

Case No. 00-CV-1281 (DWF/AJB)

**NOTICE OF MOTION, MOTION, STIPULATION AND ~~PROPOSED~~ ORDER**

FILED NOV 06 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

## NOTICE OF MOTION AND MOTION

NOTICE IS HEREBY GIVEN that on a date and time to be set by the Court, the undersigned shall move this Court, the Honorable Donovon W. Frank presiding, Courtroom No. 2, United States Courthouse, 316 North Robert Street, St. Paul MN, for an order for permission to remove from the caption the individual defendants Woody Love, Karen Anderson and Conrad Fiskness sued in their "official capacity" on the grounds that (1) suing an individual defendant in their "official capacity" is the same as suing the governmental entity directly which Plaintiffs have already done and (2) Plaintiffs have not yet sued the individual defendants, individually. The parties also seek an order dismissing the individual defendants without prejudice and without costs to any party and a statement that by this Stipulation and Order, Plaintiffs have expressly reserved, and have not waived, their right to sue the individual defendants, individually, at a later date in this action.

## STIPULATION

IT IS HEREBY STIPULATED and agreed by the parties, by their respective undersigned attorneys, that they join in the above-stated motion for an order for permission to remove from the caption the individual defendants Woody Love, Karen Anderson and Conrad Fiskness sued in their "official capacity" on the grounds that (1) suing an individual defendant in their "official capacity" is the same as suing the governmental entity directly which Plaintiffs have already done and (2) Plaintiffs have not yet sued the individual defendants, individually. The partics agree that the individual defendants sued in their "official capacity" are dismissed without prejudice, without costs to either party, and that a judgment of dismissal without prejudice may be entered pursuant to hereto without further notice. Plaintiffs expressly reserve, and do not waive, their right to sue the individual defendants, individually, at a later date in this action.

10.27.00

Erick G. Kaardal, Attorney No. 229647
Mohrman & Kaardal, P.A.
600 West 78th Street
Suite 230
P.O. Box 154
Chanhassen MN 55317
*Attorneys for Plaintiffs*

DATED: October 19, 2000

JARDINE, LOGAN & O'BRIEN, P.L.L.P.

By: ______________________
JAMES G. GOLEMBECK (A.R.# 179620)
Attorney for City of Minnetonka and its Mayor Karen Anderson
2100 Piper Jaffray Plaza
444 Cedar Street
St. Paul, Minnesota 55101-2160
(651) 290-6567

**Re: Johnson v. City of Shorewood, et al./Page 4 attachment to Stipulation**

Dated: October 19, 2000.

Hoff, Barry & Kuderer, P.A.

By: ______________________________

George C. Hoff (#45846)
Kimberly B. Kozar (#0268951)
Attorneys for Defendant City of Shorewood
Hoff, Barry & Kuderer, P.A.
7901 Flying Cloud Drive #260
Eden Prairie, MN 55344
(952) 941-9220

Dated: October 13, 2000

KREBSBACH & HAIK, LTD.

By________________________

Paul R. Haik (158896)
Louis A. Haik (225010)
Attorneys for Defendants
Riley-Purgatory-Bluff Creek
Watershed District and
Conrad Fiskness
701 Fourth Avenue South #500
Minneapolis, MN 55415-1631
(612) 333-7400

**ORDER**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED:

1. All parties are to remove from the caption in subsequent pleadings the references to the individual defendants Woody Love, Karen Anderson and Conrad Fiskness sued in their "official capacity" on the grounds that (1) suing an individual defendant in their "official capacity" is the same as suing the governmental entity directly which Plaintiffs have already done and (2) Plaintiffs have not yet sued the individual defendants, individually.

2. The individual defendants sued in their "official capacity" are dismissed without prejudice, without costs to either party, and that a judgment of dismissal without prejudice may be entered pursuant to hereto without further notice.

3. By this Stipulation and Order, the Plaintiffs have expressly reserved, and have not waived, their right to sue the individual defendants, individually, at a later date in this action.

November 6, 2000

U.S. District Court Judge