# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**Ronald Richard Johnson; and
Dee Lundberg Johnson**

**Case No. Civil 00-1281 DWF/AJB**

**v.**

**JUDGMENT IN A CIVIL CASE**

**City of Shorewood; and its Mayor in his official capacity,Woody Love or his successor; City of Minnetonka; and its Mayor in her official capacity, Karen Anderson or her successor; Riley-Purgatory-Bluff Creek Watershed District; and the Chair of its Board of Managers in his official capacity, Conrad Fiskness or his successor; Trivesco, a partnership; and its partners Robert H. Mason, Inc., a corporation; Highland Properties, Inc., a corporation; and Steiner and Koppleman, Inc., a corporation; Highland Villa Builders Inc., a corporation; the United States; the Corps of Engineers of the United States; the Secretary of the United States Army in his/her official capacity, Honorable Louis Caldera or his successor; and the Commander-in-Chief of the Corps of Engineers of the United States in his/her official capacity, LT. General Joseph N. Ballard or his successor**

---

**( ) Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**(X) Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED that the individual defendants sued in their "official capacity" are dismissed without prejudice, without costs to either party, and that a judgment of dismissal without prejudice may be entered pursuant to hereto without further notice.**

**DATE: November 2, 2000**

**FRANCIS E. DOSAL, CLERK**

Deborah D. Bell

**Deborah D. Bell, Deputy Clerk**

42