**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RONALD RICHARD JOHNSON and
DEE LUNDBERG JOHNSON,

Plaintiffs,

v.

CITY OF SHOREWOOD, ET AL.,

Defendants.

Civil No. 00-1281 (DWF/SRN)

**ORDER OF REFERENCE**

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), the following motions are referred to Magistrate Judge Susan R. Nelson:

1. Defendants, Corps of Engineers, Louis Caldera and Joseph N. Ballard motion to dismiss or alternatively for summary judgment presently scheduled before Judge Donovan W. Frank (Docket No. 20).

2. Plaintiff's motion for order granting permission for plaintiffs to move to amend and supplement complaint and for an order granting permission for plaintiffs to move to transfer federal claims and federal motions to U.S. Court of Federal Claims (Docket No. 25).

Counsel are directed to contact the Magistrate Judge to schedule these matters.

Dated: November 28, 2000

DONOVAN W. FRANK
Judge of United States District Court

Filed NOV 28 2000
Francis E. Dosal, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________