**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RONALD RICHARD JOHNSON and
DEE LUNDBERG JOHNSON,

Plaintiffs,

v.

CITY OF SHOREWOOD, and its Mayor in his official capacity; CITY OF MINNETONKA, and its Mayor in her official capacity; RILEY-PURGATORY-BLUFF CREEK WATERSHED DISTRICT, and the Chair of its Board of Managers in his official capacity; TRIVESCO, a partnership, and its partners; ROBERT H. MASON, INC., a corporation; HIGHLAND PROPERTIES, INC., a corporation; STEINER & KOPPELMAN, INC., a corporation; HIGHLAND AND VILLA BUILDERS INC., a corporation; UNITED STATES OF AMERICA; CORPS OF ENGINEERS, being sued as the Corps of Engineers of the United States; THE HONORABLE LOUIS CALDERA, Secretary of the United States Army in his/her official capacity or his successor; and LT. GENERAL JOSEPH N. BALLARD, the Commander-in-Chief of the Corps of Engineers of the United States in his/her official capacity,

Defendants.

Civil No. 00-1281 (DWF/SRN)

**SECOND AMENDED ORDER OF REFERENCE**

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), the following motions are referred to Magistrate Judge Susan Richard Nelson:

Filed APR 16 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

1. Defendants Corps of Engineers, Louis Caldera and Joseph N. Ballard's motion to dismiss or alternatively for summary judgment (Docket No. 20).

2. Plaintiffs' motion for order granting permission for Plaintiffs to move to amend and supplement complaint and for an order granting permission for Plaintiffs to move to transfer federal claims and federal motions to United States Court of Federal Claims (Docket No. 25).

3. Defendant City of Minnetonka's motion for summary judgment (Docket No. 46).

4. Defendant City of Shorewood's motion for summary judgment (Docket No. 57).

5. Defendant Riley-Purgatory-Bluff Creek Watershed District's motion for summary judgment (Docket No. 97).

6. Defendant Trivesco's motion for summary judgment. At this time, the Court has only the Letter of Notification (Docket No. 101) required to be filed by Local Rules.

Counsel are directed to contact the Magistrate Judge to schedule these matters.

Dated: April 16, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed ____________________
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________