**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**RONALD RICHARD JOHNSON and DEE LUNDBERG JOHNSON,**

**Plaintiffs,**

**v.**

**CITY OF SHOREWOOD; CITY OF MINNETONKA; RILEY-PURGATORY-BLUFF CREEK WATERSHED DISTRICT; TRIVESCO, a partnership; and its partners ROBERT H. MASON, INC., a corporation; HIGHLAND PROPERTIES, INC., a corporation; and STEINER AND KOPPELMAN, INC., a corporation; HIGHLAND VILLA BUILDERS, INC., a corporation; the UNITED STATES; the CORPS OF ENGINEERS OF THE UNITED STATES; the Secretary of the United States Army in his/her official capacity, HONORABLE LOUIS CALDERA or his successor; and the Commander-in-Chief of the Corps of Engineers of the United States in his/her official capacity, LT. GENERAL JOSEPH N. BALLARD or his successor,**

**Defendants.**

**Civil No. 00-1281(DWF/SRN)**

**O R D E R**

---

This Order serves as written confirmation of this Court's oral order staying discovery as to the Defendants who were the subject of the May 3, 2001, Report and Recommendation. It seems axiomatic that discovery

FILED MAY 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

involving parties the Court has recommended be dismissed from this lawsuit would be at least temporarily stayed pending dispensation of any objections to the Report and Recommendation. However, there seems to be some confusion over this issue. Therefore the Court formally orders that any and all discovery pertaining to the Federal Defendants, the City of Shorewood, and the City of Minnetonka is stayed pending Judge Frank's dispensation of any objections to the May 3, 2001, Report and Recommendation. If the recommendations relevant to the Federal Defendants, City of Shorewood, and the City of Minnetonka are not adopted, this Court will set a new pretrial schedule with respect to these Defendants.

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1) All discovery pertaining to the Federal Defendants, the City of Shorewood, and the City of Minnetonka is stayed pending Judge Frank's dispensation of any objections to the May 3, 2001, Report and Recommendation.

Dated: May 17, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge