UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

RONALD RICHARD JOHNSON and DEE LUNDBERG JOHNSON,

Case No. 00-CV-1281 (DWF/SRN)

Plaintiffs,

vs.

ORDER ON MOTIONS FOR STAY OF SCHEDULING ORDER DEADLINES

CITY OF SHOREWOOD; CITY OF MINNETONKA; RILEY-PURGATORY-BLUFF CREEK WATERSHED DISTRICT; TRIVESCO, a partnership; and its partners ROBERT H. MASON, INC., a corporation; HIGHLAND PROPERTIES, INC., a corporation; and STEINER AND KOPPELMAN, INC., a corporation; HIGHLAND VILLA BUILDERS, INC., a corporation; the UNITED STATES; the CORPS OF ENGINEERS OF THE UNITED STATES; the Secretary of the United States Army in his/her official capacity, HONORABLE LOUIS CALDERA or his successor; and the Commander-in-Chief of the Corps of Engineers of the United States in his/her official capacity, LT. GENERAL JOSEPH N. BALLARD or his successor,

Defendants.

This matter is before the Court upon motions of Defendants Trivesco, Robert H. Mason, Inc., Highland Properties, Inc., and Steiner & Koppelman, Inc., Highland Villa Builders, Inc., (collectively "the Trivesco Defendants") and of Defendant Riley- Purgatory-Bluff Creek Watershed District ("the District") to stay the deadlines set in the Court's scheduling order. Although Plaintiffs have not filed a separate response to these motions, Plaintiffs have objected to such a stay in other documents filed with the Court.

In a Report and Recommendation dated May 3, 2001, the Court granted various other Defendants' motions to dismiss, and the Court by Order dated May 17, 2001, stayed discovery with

FILED JUN 19 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

respect to the dismissed Defendants pending review of objections to the Report and Recommendation. A second Report and Recommendation dated May 18, 2001, dismissed all claims against the District and against the Trivesco Defendants. Defendants Highland Properties, Inc., and Highland Villa Builders, Inc., have scheduled a motion to dismiss on similar grounds for hearing in July. Given that procedural posture, the Plaintiffs' objections are not likely to be resolved for some time, and a stay of the scheduling order deadlines accordingly is appropriate.

Based on the foregoing, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT**:

1) Trivesco's motion for stay of scheduling order deadlines (Docket No. 142) and the District's motion for stay of scheduling order deadlines (Docket No. 144) are GRANTED. All scheduling order deadlines pertaining to the Trivesco Defendants and the District are hereby stayed pending disposition of objections to the Court's Report and Recommendation dated May 18, 2001.

Dated: June 18, 2001

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge