**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RONALD RICHARD JOHNSON and DEE LUNDBERG JOHNSON,

Plaintiffs,

v.

CITY OF SHOREWOOD, and its Mayor in his official capacity; CITY OF MINNETONKA, and its Mayor in her official capacity; RILEY-PURGATORY-BLUFF CREEK WATERSHED DISTRICT, and the Chair of its Board of Managers in his official capacity; TRIVESCO, a partnership, and its partners; ROBERT H. MASON, INC., a corporation; HIGHLAND PROPERTIES, INC., a corporation; STEINER & KOPPELMAN, INC., a corporation; HIGHLAND AND VILLA BUILDERS INC., a corporation; UNITED STATES OF AMERICA; CORPS OF ENGINEERS, being sued as the Corps of Engineers of the United States; THE HONORABLE LOUIS CALDERA, Secretary of the United States Army in his/her official capacity or his successor; and LT. GENERAL JOSEPH N. BALLARD, the Commander-in-Chief of the Corps of Engineers of the United States in his/her official capacity,

Defendants.

Civil No. 00-1281 (DWF/SRN)

**ORDER OF REFERENCE**

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), the following motion is referred to Magistrate Judge Susan Richard Nelson:

Filed JUL 23 2001
Richard D. Sletten, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________

1. Defendants Highland Properties, Inc. and Highland Villa Builders, Inc. to dismiss or, in the alternative, for summary judgment (Doc. No. 148).

Dated: July 23, 2001

DONOVAN W. FRANK
Judge of United States District Court

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500