**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Ronald Richard Johnson and
Dee Lundberg Johnson,

Civil No. 00-1281 (DWF/SRN)

Plaintiffs,

v.

**ORDER**

City of Shorewood, and its Mayor in his official capacity; City of Minnetonka, and its Mayor in her official capacity; Riley-Purgatory-Bluff Creek Watershed District, and the Chair of its Board of Managers in his official capacity; Trivesco, a partnership, and its partners; Robert H. Mason, Inc., a corporation; Highland Properties, Inc., a corporation; Steiner & Koppelman, Inc., a corporation; Highland Villa Builders Inc., a corporation; United States of America; Corps of Engineers, being sued as the Corps of Engineers of the United States; The Honorable Louis Caldera, Secretary of the United States Army in his/her official capacity or his successor; Lt. General Joseph N. Ballard, the Commander-in-Chief of the Corps of Engineers of the United States in his/her official capacity,

Defendants.

---

Erick G. Kaardal, Esq. Mohrman Law Office, 33 Sixth Street South, Suite 4100, Minneapolis, MN 55402, counsel for Plaintiff Ronald Richard Johnson; Dee L. Johnson, Pro Se, 5355 Shady Hills Circle, Shorewood, MN 55331, Plaintiff.

George C. Hoff, Esq. and Kimberly B. Kozar, Esq., Hoff Barry & Kuderer, 7901 Flying Cloud Drive, Suite 260, Eden Prairie, MN 55344, counsel for Defendant City of Shorewood; James G. Golembeck, Esq. and Cara J. Debes, Esq., Jardine Logan & O'Brien, 2100 Piper Jaffray Plaza, 444 Cedar Street, St. Paul, MN 55101-2179, counsel for Defendant City of Minnetonka; Paul R. Haik, Esq. and Louis A. Haik, Esq., Krebsbach & Haik, 701 Fourth Avenue South, Suite 500, Minneapolis, MN 55415-1631, counsel for Defendant Riley-Purgatory-Bluff Creek Watershed District; Jeremy S. Steiner, Esq. and Wynn Curtiss, Esq., Vesely Miller & Steiner, 400 Norwest Bank Building, 1011 First Street South, Hopkins, MN 55343, counsel for Defendant Trivesco; Catharine F. Haukedahl, Esq., Robert L. Bach, Esq., and Christopher S. Hayhoe, Esq., Felhaber Larson Fenlon & Vogt, 4200 First Bank Place, 601 Second Avenue South, Minneapolis, MN 55402-4302, counsel for Defendants Highland Properties, Inc. and Highland Villa Builders Inc.; Jerome B. Abrams, Esq., and Lisa M. Lamm, Esq., Abrams & Smith, 625 Marquette Avenue,

FILED OCT 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Suite 700, Minneapolis, MN 55402, counsel for Defendant Steiner & Koppelman, Inc.; Patricia R. Cangemi, Assistant United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Defendants United States of America, Corps of Engineers,, The Honorable Louis Caldera, and Lt. General Joseph N. Ballard.

---

This matter is before the Court upon Plaintiffs' objections to Magistrate Judge Susan Richard Nelson's Report and Recommendation dated August 3, 2001, recommending that the Highland Defendants' motion for summary judgment be granted in part; all claims arising from the prior state court litigation be barred by collateral estoppel and should be dismissed with prejudice; all remaining claims against the Highland Defendants either are unripe or are supplemental state law claims over which the Court should decline to exercise jurisdiction, and such claims should be dismissed without prejudice. The Court has conducted a *de novo* review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c).

Based upon the Court's review of the record, review of the arguments and submissions of the parties, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Magistrate Judge Susan Richard Nelson's Report and Recommendation dated August 3, 2001 (Doc. No. 165), is **ADOPTED**.

2. The Highland Defendants motion for summary judgment (Doc. No. 148) is **GRANTED** in part. All claims arising from the prior state court litigation are barred by collateral

estoppel and are **DISMISSED WITH PREJUDICE**. All remaining claims against the Highland Defendants either are unripe or are supplemental state law claims over which the Court declines to exercise jurisdiction, and such claims are **DISMISSED WITHOUT PREJUDICE**.

Dated: October 10th, 2001

DONOVAN W. FRANK
Judge of United States District Court