**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**RONALD RICHARD JOHNSON and DEE LUNDBERG JOHNSON,**

**Case No. 00-CV-1281 (DWF/SRN)**

**Plaintiffs,**

**vs.**

**ORDER**

**CITY OF SHOREWOOD; CITY OF MINNETONKA; RILEY-PURGATORY-BLUFF CREEK WATERSHED DISTRICT; TRIVESCO, a partnership; and its partners ROBERT H. MASON, INC., a corporation; HIGHLAND PROPERTIES, INC., a corporation; and STEINER AND KOPPELMAN, INC., a corporation; HIGHLAND VILLA BUILDERS, INC., a corporation; the UNITED STATES; the CORPS OF ENGINEERS OF THE UNITED STATES; the Secretary of the United States Army in his/her official capacity, HONORABLE LOUIS CALDERA or his successor; and the Commander-in-Chief of the Corps of Engineers of the United States in his/her official capacity, LT. GENERAL JOSEPH N. BALLARD or his successor,**

**Defendants.**

---

Erick G. Kaardal, Esq., on behalf of Plaintiffs.

George C. Hoff, Esq., on behalf of Defendants City of Shorewood and Woody Love.

James G. Golembeck, Esq., on behalf of Defendants City of Minnetonka and Karen Anderson.

Paul R. Haik, Esq., on behalf of Defendants Riley-Purgatory-Bluff Creek and Conrad Fiskness.

Jeremy S. Steiner, Esq., on behalf of Defendants TRIVESCO and Robert H. Mason, Inc..

NOV 2 7 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Catharine F. Haukedahl, Esq., on behalf of Defendants Highland Properties, Inc. and Highland Villa Builders, Inc..

Jerome B. Abrams, Esq., on behalf of Defendant Steiner & Koppelman, Inc..

Patricia R. Cangemi, Esq., on behalf of Defendants United States of America, Corps of Engineers of the United States, the Honorable Louis Caldera, and Lt. General Joseph N. Ballard.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

On May 3, 2001, the Court issued a Report and Recommendation in the above-entitled matter, recommending that: (1) the Federal Defendants' Motion to Dismiss or for Summary Judgment be granted, (2) Defendant City of Shorewood's Motion for Summary Judgment and Defendant City of Minnetonka's Motion for Summary Judgment be granted in part, and (3) Plaintiffs Johnsons' Motions to Amend and Motion to Continue Deadlines be denied. On July 11, 2001, the Honorable Donovan W. Frank, District Judge, issued an Order adopting that Report and Recommendation. On August 10, 2001, Plaintiffs appealed that Order to the United States Court of Appeals for the Eighth Circuit. On September 19, 2001, the Eighth Circuit Dismissed Plaintiffs' appeal based on lack of jurisdiction. Consequently, the matter is currently within this Court's jurisdiction.

In an August 24, 2001 letter, Plaintiffs informed the Court that two affidavits, which were responsive to Defendant City of Minnetonka's summary judgment motion, were never successfully filed with the Court. Plaintiffs stated that these affidavits were also responsive to all of the other defendants' summary judgment motions in this case. Consequently, Plaintiffs requested that the Court sue sponte vacate its July 11, 2001 Order.

The Court declines to recommend that its Order be vacated at this time. However, the

Court acknowledges that these affidavits may be relevant to that Order as well as to subsequent summary judgment motions that have been brought in this case. Consequently, the Court will permit Plaintiffs to supplement the record by filing these two affidavits. The Court will then consider these documents and determine whether it is necessary to recommend that the July 11, 2001 Order be vacated, or if instead the judgment should stand. The Court will also perform the same analysis with respect to the October 10, 2001 Order adopting the August, 3, 2001 Report and Recommendation, which granted summary judgment, in part, to Defendants Highland Properties, Inc., and Highland Villa Builders, Inc.

Dated: November 27, 2001

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge