**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**RONALD RICHARD JOHNSON and DEE LUNDBERG JOHNSON,**

**Case No. 00-CV-1281 (DWF/SRN)**

**Plaintiffs,**

**vs.**

**ORDER**

**CITY OF SHOREWOOD; CITY OF MINNETONKA; RILEY-PURGATORY-BLUFF CREEK WATERSHED DISTRICT; TRIVESCO, a partnership; and its partners ROBERT H. MASON, INC., a corporation; HIGHLAND PROPERTIES, INC., a corporation; and STEINER AND KOPPELMAN, INC., a corporation; HIGHLAND VILLA BUILDERS, INC., a corporation; the UNITED STATES; the CORPS OF ENGINEERS OF THE UNITED STATES; the Secretary of the United States Army in his/her official capacity, HONORABLE LOUIS CALDERA or his successor; and the Commander-in-Chief of the Corps of Engineers of the United States in his/her official capacity, LT. GENERAL JOSEPH N. BALLARD or his successor,**

**Defendants.**

---

Erick G. Kaardal, Esq., on behalf of Plaintiffs.

George C. Hoff, Esq., on behalf of Defendants City of Shorewood and Woody Love.

James G. Golembeck, Esq., on behalf of Defendants City of Minnetonka and Karen Anderson.

Paul R. Haik, Esq., on behalf of Defendants Riley-Purgatory-Bluff Creek and Conrad Fiskness.

Jeremy S. Steiner, Esq., on behalf of Defendants TRIVESCO and Robert H. Mason, Inc..

FILED AUG 2 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Catharine F. Haukedahl, Esq., on behalf of Defendants Highland Properties, Inc. and Highland Villa Builders, Inc..

Jerome B. Abrams, Esq., on behalf of Defendant Steiner & Koppelman, Inc..

Patricia R. Cangemi, Esq., on behalf of Defendants United States of America, Corps of Engineers of the United States, the Honorable Louis Caldera, and Lt. General Joseph N. Ballard.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

On November 27, 2001, the Court issued an Order permitting Plaintiffs to supplement the record with two additional affidavits, which they stated were responsive to Defendants' summary judgment motions in this case. The Court stated that it would consider these documents, and determine whether it was necessary to recommend vacating the Honorable Donovan W. Frank, United States District Judge for the District of Minnesota's July 11, 2001 Order adopting the Court's May 3, 2001 Report and Recommendation, and Judge Frank's October 10, 2001 Order adopting the Court's August, 3, 2001 Report and Recommendation.

The Court has since considered these supplemental affidavits, and will not recommend vacating either of the Orders.

Dated: August 21, 2002.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge