**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Ronald Richard Johnson and
Dee Lundberg Johnson,

Civil No. 00-1281 (DWF/SRN)

Plaintiffs,

v.

**ORDER**

City of Shorewood, and its Mayor in his official capacity; City of Minnetonka, and its Mayor in her official capacity; Riley-Purgatory-Bluff Creek Watershed District, and the Chair of its Board of Managers in his official capacity; Trivesco, a partnership, and its partners; Robert H. Mason, Inc., a corporation; Highland Properties, Inc., a corporation; Steiner & Koppelman, Inc., a corporation; Highland Villa Builders Inc., a corporation; United States of America; Corps of Engineers, being sued as the Corps of Engineers of the United States; The Honorable Louis Caldera, Secretary of the United States Army in his/her official capacity or his successor; Lt. General Joseph N. Ballard, the Commander-in-Chief of the Corps of Engineers of the United States in his/her official capacity,

Defendants.

---

Erick G. Kaardal, Esq. Mohrman Law Office, 33 Sixth Street South, Suite 4100, Minneapolis, MN 55402, counsel for Plaintiff Ronald Richard Johnson; Dee L. Johnson, Pro Se, 5355 Shady Hills Circle, Shorewood, MN 55331, Plaintiff.

George C. Hoff, Esq. and Kimberly B. Kozar, Esq., Hoff Barry & Kuderer, 7901 Flying Cloud Drive, Suite 260, Eden Prairie, MN 55344, counsel for Defendant City of Shorewood; James G. Golembeck, Esq. and Cara J. Debes, Esq., Jardine Logan & O'Brien, 2100 Piper Jaffray Plaza, 444 Cedar Street, St. Paul, MN 55101-2179, counsel for Defendant City of Minnetonka; Paul R. Haik, Esq. and Louis A. Haik, Esq., Krebsbach & Haik, 701 Fourth Avenue South, Suite 500, Minneapolis, MN 55415-1631, counsel for Defendant Riley-Purgatory-Bluff Creek Watershed District; Jeremy S. Steiner, Esq. and Wynn Curtiss, Esq., Vesely Miller & Steiner, 400 Norwest Bank Building, 1011 First Street South, Hopkins, MN 55343, counsel for Defendant Trivesco; Catharine F. Haukedahl, Esq., Robert L. Bach, Esq., and Christopher S. Hayhoe, Esq., Felhaber Larson Fenlon & Vogt, 4200 First Bank Place, 601 Second Avenue South, Minneapolis, MN 55402-4302, counsel for Defendants Highland Properties, Inc. and Highland Villa Builders Inc.;

FILED FEB 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 10 2003
DEPUTY CLERK

Jerome B. Abrams, Esq., and Lisa M. Lamm, Esq., Abrams & Smith, 625 Marquette Avenue, Suite 700, Minneapolis, MN 55402, counsel for Defendant Steiner & Koppelman, Inc.; Patricia R. Cangemi, Assistant United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Defendants United States of America, Corps of Engineers,, The Honorable Louis Caldera, and Lt. General Joseph N. Ballard.

---

All claims having been resolved by this Court's Orders of July 11, 2001 (Doc. No. 161), and October 10, 2001 (Doc. No. 177), and there being no further matters pending before the Court, the Court hereby directs the Clerk of Court to enter judgment in the above-entitled matter.

Dated: February 10, 2003

DONOVAN W. FRANK
Judge of United States District Court

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995