SCANNED
APR 30 2004
U.S. DISTRICT COURT ST. PAUL

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

No. 02-3562

Ronald Richard Johnson; *
Dee Lundberg Johnson, *
*
Plaintiffs/Appellants, *
*
v. *
*
City of Shorewood, Minnesota; City of *
Minnetonka, Minnesota, and its Mayor *
in her official capacity; Riley- *
Purgatory-Bluff Creek Watershed *
District, and the Chair of its Board of *
Managers in his official capacity; *
Trivesco, a partnership, and its partners; *
Robert H. Mason, Inc., a corporation; *
Highland Properties, Inc., a corporation; *
Steiner & Koppelman, Inc., a *
corporation; Highland Villa Builders, *
Inc., a corporation; United States of *
America; Corps of Engineers, being *
sued as the Corps of Engineers of the *
United States; Louis Caldera, The *
Honorable, Secretary of the United *
States Army in his/her official capacity *
or his successor; Joseph N. Ballard, Lt. *
General, the Commander-in-Chief of *
the Corps of Engineers of the United *
States in his/her official capacity, *
*
Defendants/Appellees. *

Appeals from the United States District Court for the District of Minnesota.

CV00-1281 DWF/SRN

No. 02-4081

| | |
|---|---|
| Ronald Richard Johnson; | * |
| Dee Lundberg Johnson, | * |
| | * |
| Plaintiffs/Appellees, | * |
| | * |
| v. | * |
| | * |
| City of Shorewood, Minnesota; | * |
| | * |
| Defendant/Appellant, | * |
| | * |
| City of Minnetonka, Minnesota, and its | * |
| Mayor in her official capacity; Riley- | * |
| Purgatory-Bluff Creek Watershed | * |
| District, and the Chair of its Board of | * |
| Managers in his official capacity; | * |
| Trivesco, a partnership, and its partners; | * |
| Robert H. Mason, Inc., a corporation; | * |
| Steiner & Koppelman, Inc., a | * |
| corporation; United States of | * |
| America; Corps of Engineers, being | * |
| sued as the Corps of Engineers of the | * |
| United States; Louis Caldera, The | * |
| Honorable, Secretary of the United | * |
| States Army in his/her official capacity | * |
| or his successor; Joseph N. Ballard, Lt. | * |
| General, the Commander-in-Chief of | * |
| the Corps of Engineers of the United | * |
| States in his/her official capacity; | * |
| Highland Properties, Inc., a corporation; | * |
| Highland Villa Builders, Inc., a | * |
| corporation, | * |
| | * |
| Defendants/Appellees. | * |

---

No. 03-2023

---

| | |
|---|---|
| Ronald Richard Johnson; | * |
| Dee Lundberg Johnson, | * |
| | * |
| Plaintiffs/Appellants, | * |
| | * |
| v. | * |
| | * |
| City of Shorewood, Minnesota; and its | * |
| Mayor in his official capacity; City of | * |
| Minnetonka, Minnesota, and its Mayor | * |
| in her official capacity; Riley- | * |
| Purgatory-Bluff Creek Watershed | * |
| District, and the Chair of its Board of | * |
| Managers in his official capacity; | * |
| Trivesco, a partnership, and its partners; | * |
| Robert H. Mason, Inc., a corporation; | * |
| Highland Properties, Inc., a corporation; | * |
| Steiner & Koppelman, Inc., a | * |
| corporation; Highland Villa Builders, | * |
| Inc., a corporation; United States of | * |
| America; Corps of Engineers, being | * |
| sued as the Corps of Engineers of the | * |
| United States; The Honorable Louis | * |
| Caldera, Secretary of the United | * |
| States Army in his/her official capacity | * |
| or his successor; Lt. General Joseph N. | * |
| Ballard, the Commander-in-Chief of | * |
| the Corps of Engineers of the United | * |
| States in his/her official capacity, | * |
| | * |
| Defendants/Appellees. | * |

## JUDGMENT

These appeals from the United States District Court were submitted on the records of the district court, briefs of the parties and were argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgments of the district court in these causes are affirmed in accordance with the opinion of this Court.

(5172-010199)

March 5, 2004

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans