**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

RECEIVED
BY U.S. MAIL
2004 MAY 17 AM 9:36
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

May 14, 2004

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 02-3562/4081/03-2023 Ronald R. Johnson vs. City of Shorewood

Dear Clerk:

Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

(5255-010199)

Sincerely,

Michael E. Gans
Michael E. Gans
Clerk of Court

dms

Enclosure

District Court/Agency Case Number(s): CIV 00-1281 DWF/SRN

District Court/Agency Case Number(s): CIV 00-1281 DWF/SRN

District Court/Agency Case Number(s): CIV 00-1281 DWF/SRN

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

1767415
FILED
MAY 14 2004
MICHAEL GANS
CLERK OF COURT

William K. Suter
Clerk of the Court
(202) 479-3011

May 7, 2004

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Ronald Johnson and Dee Johnson
v. City of Shorewood, Minnesota
No. 03-1512
(Your No. 02-3562, 02-4081, 03-2023)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 4, 2004 and placed on the docket May 7, 2004 as No. 03-1512.

Sincerely,

**William K. Suter**, Clerk

by

Gail Johnson
Case Analyst

RECEIVED
MAY 14 2004
U.S. COURT OF APPEALS
EIGHTH CIRCUIT